# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:13 CR 15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | |
| V | ) ) | **ORDER** |
| WALTER CALE SANCIL, | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Jack W. Stewart's Application for Admission to Practice *Pro Hac Vice* of Douglas W. McDonald, Jr. It appearing that Douglas W. McDonald, Jr. is a member in good standing with the Georgia State Bar and will be appearing with Jack W. Stewart, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Jack W. Stewart's Application for Admission to Practice *Pro Hac Vice* (#30) of Douglas W. McDonald, Jr. is

**GRANTED**, and that Douglas W. McDonald, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Jack W. Stewart.

Signed: July 2, 2013

Dennis L. Howell
United States Magistrate Judge