# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CIVIL CASE NO. 2:13-cr-00015-MR-DLH-5

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>WALTER CALE STANCIL, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on counsel's Written Response to Show Cause Order [Doc. 63].

On September 17, 2013, the Court entered an Order directing Defendant's counsel to show cause why his *pro hac vice* status should not be revoked for failure to establish an electronic case filing (ECF) account as required by the Court's Local Rules. [Doc. 62]. On September 25, 2013, counsel filed a written response to the Court's Order, advising that he established an ECF account with the Court on September 19, 2013. As counsel has now demonstrated his compliance with the requirements of the Local Rules, the Show Cause Order is hereby discharged.

**IT IS, THEREFORE, ORDERED** that the Show Cause Order [Doc. 62] is hereby **DISCHARGED**, and attorney Douglas W. McDonald, Jr. shall be allowed to retain his *pro hac vice* admission.

**IT IS SO ORDERED.** Signed: October 1, 2013

Martin Reidinger
United States District Judge