THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 2:13-cr-00015-MR-DLH-5

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| WALTER CALE STANCIL. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment [Doc. 85].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Indictment [Doc. 85] is **GRANTED**, and the Bill of Indictment filed in the above-captioned case is hereby **DISMISSED WITH PREJUDICE** as to Defendant Walter Cale Stancil only.

**IT IS SO ORDERED.**

Signed: February 24, 2014

Martin Reidinger
United States District Judge